# EXHIBIT A



**DEPARTMENT OF HEALTH & HUMAN SERVICES**    Public Health Service

Division of Pediatric and Maternal Health
Office of New Drugs
Center for Drug Evaluation and Research
Food and Drug Administration
Silver Spring, MD 20993
Tel 301-796-2200
FAX 301-796-9744

## Maternal Health Memorandum

**Date:**        April 7, 2016        **Date consulted:**    October 25, 2016

**From:**        Tamara Johnson, MD, MS, Team Leader, Maternal Health
Division of Pediatric and Maternal Health

**Through:**    Lynne Yao, MD, Division Director
Division of Pediatric and Maternal Health

**To:**        Division of Non-Prescription Drug Products (DNDP)

**Drug:**        acetaminophen

**TSI:**        1355

**Subject:**    Recent findings associating acetaminophen use in pregnancy with attention
deficit/hyperactivity disorder (ADHD).

**Materials Reviewed:**

- DPMH Consult Request Form with associated attachments:
  - OSE/DEPI reviews of the published literature
    - By A. Mosholder, MD, MPH, dated October 14, 2016
      (DARRTS Ref ID 3999031, RCM 2016-1871) and March
      18, 2015 (DARRTS Ref ID 3884226, RCM 2015-387)
    - By L. Taylor, PhD, dated May 15, 2014 (DARRTS Ref ID
      3507534, RCM 2014-689)
  - Clinical TSI Integrated Review Memorandum, by V. Pratt, MD,
    dated March 9, 2016 (DARRTS Ref ID 3899199)
  - "Prescription and Overt-the-Counter (OTC) Pain Medicines:
    Drug Safety Communication – FDA Review of Possible Risks of
    Pain Medicine Use During Pregnancy", posted January 9, 2015

1

**Consult Question:**
"The 2016 DEPI review describes four recent publications – two provide modest evidence in favor of an association between prenatal acetaminophen exposure and behavioral/attentional problems and two articles provide weak evidence for an association between acetaminophen use and effects on IQ or motor delay. Recognizing the limitations of these studies, the different outcomes measured, potential confounders during pregnancy (e.g., maternal fever), and the known adverse effects associated with the use of other analgesics during pregnancy (e.g., NSAIDs, opioids), DNDP requests DPMH comment on the clinical relevance of the acetaminophen findings and opine on whether further public communication about this safety issue is warranted."


**PURPOSE**

The purpose of the memorandum is to provide advice to the Division of Non-Prescription Drug Products (DNDP) to address questions on clinical relevance and need for further Drug Safety Communication regarding use of acetaminophen use during pregnancy and a potential association with attention deficit/hyperactivity disorder (ADHD).


**REGULATORY HISTORY**

- February 2014, article by Liew Z *et al.,* in JAMA Pediatrics reported an increased association between APAP use in pregnancy and attention deficit/hyperactivity disorder (ADHD) in the offspring.[1]
- May 15, 2014, TSI 1355 opened for acetaminophen (APAP) and effects during pregnancy
- May 15, 2014, Division of Epidemiology (DEPI) review concluded, "The study's findings are difficult to interpret due to methodologic limitations and in the context of other existing data." DEPI recommended no regulatory action be taken at that time and continued vigilance.
- September 2014, an article by Thompson J *et al.,* in PLOS One reported an association between acetaminophen use during pregnancy and ADHD symptoms.[2]
- January 9, 2015, the Agency issued Drug Safety Communication (DSC), *Prescription and Over-the-Counter (OTC) Pain Medicines: Drug Safety Communication – FDA Review of Possible Risks of Pain Medicine Use during Pregnancy.* The DSC stated that data are "too limited to make any recommendations" at this time, and it encouraged healthcare professionals talk with each patient about the benefits and risk of analgesic use during pregnancy, which may differ among patients and by treatment indication.
- March 18, 2015, DEPI I completed a second review concluding that "whether the association in causal in nature is still uncertain" and "preclinical data may be more informative in that regard."

---

[1] Liew Z et al. Acetaminophen use during pregnancy, behavioral problems, and hyperkinetic disorders. JAMA Pediatr 2014;168(4):313-320.

[2] Thompson J et al. Associations between acetaminophen use during pregnancy and ADHD symptoms measured at ages 7 and 11 years. PLOS One 2014;9(9):e108210.

2

- February 8, 2016, Pharmacology/Toxicology consultation review concluded, "The available nonclinical data…do not describe studies in animals that were adequately designed and conducted to address the question posed by OSE…at this time, the behavioral responses in animals that are most likely predictive of an ADHD response in humans are uncertain and, therefore, additional animal studies are not likely to be informative".
- March 1, 2016, DNDP, DEPI I, and Nonclinical met to discuss the available data and agreed that the data do not support a causal association between acetaminophen and ADHD at this time. The January 9, 2015 DSC adequately informed the public of this issue. It was agreed that TSI 1355 should be closed
- October 14, 2016, DEPI I reviewed the four recent articles published in summer 2016. Further details provided below.


## BACKGROUND
### Acetaminophen Use in Pregnancy
Acetaminophen is the over-the-counter (OTC) drug of choice (compared to NSAIDs) and generally considered to be safe to use for short-term pain relief and reduction of fever during all trimesters of pregnancy.[3]  Often found in combination products and prescription pain medications, care must be taken to avoid acetaminophen overuse and the drug's potential toxicity to the liver and kidneys.  Chronic use and/or high daily doses of acetaminophen during pregnancy can lead to maternal morbidity and fetal/neonatal mortality.[4]

### Prior DPMH Reviews
There is a long history of acetaminophen use in pregnancy.   Several published observational studies have evaluated the potential association between acetaminophen and adverse pregnancy-related outcomes.   DPMH reviewed the published literature in 2010, and again in 2015, subsequent to the January 2015 DSC, in relation to acetaminophen injection.[5,6]  Conclusions of the reviews found no increase in overall major congenital malformations associated with use of acetaminophen during pregnancy when compared to the background rate in the general population, and inconsistent data regarding the presence or absence of any one specific malformation.

Data regarding a possible association of *in utero* acetaminophen exposure and the risk of developing persistent childhood wheezing and asthma were also reviewed.  Limitations of the study design, confounders, and inconsistent study results precluded a clear determination of causality; however, additional investigation of this potential safety signal was warranted.

---

[3] Your Pregnancy and Childbirth: Month to Month.  Sixth Edition.  (2015) Washington, DC:  The American College of Obstetricians and Gynecologists.
[4] Gerald G. Briggs, Roger K. Freeman, Sumner J. Yaffe. Drugs in Pregnancy and Lactation: A Reference Guide to Fetal and Neonatal Risk — Tenth edition.  (2015) Philadelphia, PA: Wolters Kluwer Health.
[5] Pediatric and Maternal Health Staff review, NDA 22450,  by L. Sahin, dated February 9, 2010.
[6] Division of Pediatric and Maternal Health review, NDA 206610, by L. Sahin, dated February 9, 2015.

3

**REVIEW**

Summary of Division of Epidemiology Review

DEPI I has reviewed the recent additional four articles published in summer 2016 and the three publications cited in the DSC. With the addition of the study published by Thompson et al. 2014, DEPI I found that the eight observational studies varied in quality, with seven showing some association with adverse neurodevelopmental outcomes (i.e., ADHD behavioral symptoms, lower IQ, and delayed developmental milestones). The study by Streissguth et al. 1987 was negative for the association. (See the Appendix for DEPI's summary of the outcomes from the published observational study results[7].) The studies had some limitations in common that hinder clearer determination of causality:

- Lack of details on dose and duration of APAP use in mothers
- No pattern of exposure that suggests a critical gestational age for the outcome
- Confounding by maternal fever or infection

DEPI concludes that *in utero* APAP exposure is associated with adverse neurodevelopmental outcomes as demonstrated reproducibly across the seven studies; nonetheless, a causal relationship has not been established. DEPI recommends Agency communication to consumers and healthcare providers to reflect:

1. Current data raise the possibility of neurodevelopmental harm to the fetus from maternal APAP use (even without proof of a causal relationship), and APAP should be used judiciously during pregnancy,
2. Other analgesics are associated with more definite pregnancy risks, and
3. APAP may be needed as an antipyretic to reduce risks associated with maternal fever.

*Reviewer Comment*

*Using the term "adverse neurodevelopmental outcomes" broadens the scope of these potential associations unnecessarily. The studies demonstrate some consistency of association among the outcomes related to attention problems and general behavioral problems; however, the risk estimates for the reported outcomes in the studies are less than two times greater among the exposed group than the unexposed group. The difficulty is that these studies may only be demonstrating a common finding due to common use of the drug in the pregnant population, and are not sufficient to establish a specific drug-associated risk. Furthermore, the outcomes of lower IQ and delayed motor development are inconsistent and their inclusion under the term "adverse neurodevelopmental outcomes" is not supported. Therefore, any Agency communication should re-iterate the prior DSC messaging regarding ADHD and should be clear regarding the specific related outcomes to avoid misinterpretation of the available clinical information.*

Other Resources for Clinical Information

- The ReproTox database reports on the same key articles reviewed by DEPI, however, topline conclusion states that APAP use in pregnancy "does not appear to increase the risk of adverse outcomes".
- The TERIS database has not been updated to reflect the recent 2016 publications, and only refers to the results of the Liew *et al.* 2014 article for an association with ADHD.

---

[7] OSE/DEPI review, by A. Mosholder, MD, MPH, dated October 14, 2016 (DARRTS Ref ID 3999031).

4

TERIS stated there is minimal risk for both neurodevelopmental abnormalities and congenital anomalies with usual therapeutic doses of acetaminophen.

- The UpToDate peer-review database briefly reflects upon published literature regarding epidemiologic studies reporting an association between *in utero* APAP exposure and the risk of attention-deficit/hyperactivity disorder-like behaviors.  The database cited methodological limitations of the literature (i.e., lack of assessment of overall health for the index pregnancy, lack of information on acetaminophen strength and dosage taken, and lack of assessment of attention-deficit/hyperactivity disorder).[8]


## DISCUSSION/ RECOMMENDATIONS

The findings of the clinical studies demonstrate some consistency of association among the outcomes related to attention problems and general behavioral problems; however, the studies may only be demonstrating a common finding due to common use of the drug in the pregnant population.

DPMH agrees that some communication is needed to meet the public's expectation of the Agency's assessment of press in August 2016 that we are actively reviewing the new information.  The communication would update the data review, while maintaining a balance with the benefits of acetaminophen use.  Because there are no alternative OTC medications to manage pain and/or fever during pregnancy, to raise concerns of a strengthened association with "adverse neurodevelopmental outcomes", when important limitations exist for the data and no causal relationship can be established, would have a significant public health impact for the pregnant population and their healthcare providers.   An update to the DSC may address immediate inquiries about the recent publications, but care must be taken to avoid invoking more concern than warranted at this time and unintentional repercussions (e.g., no treatment of maternal fever) on pregnant patients and their healthcare providers.  Note that the current DSC already communicates the key message and the advice to the public does not change substantially from the January 2015 DSC:

> Pregnant women should always consult with their health care professional before taking any prescription or OTC medicine. Women taking pain medicines who are considering becoming pregnant should also consult with their health care professionals to discuss the risks and benefits of pain medicine use. Health care professionals should continue to follow the recommendations in the drug labels when prescribing pain medicines to pregnant patients. We will continue to monitor and evaluate the use of pain medicines during pregnancy and will update the public as new safety information becomes available.

---

[8] Lockwood CJ, Magriples U.  Initial prenatal assessment and first-trimester prenatal care. UpToDate, accessed January 6, 2017.

5

**APPENDIX**
**DEPI's Summary of the Outcomes from the Published Observational Study Results[9]**

**Cognitive development**

| Study | Outcome | Finding for prenatal APAP exposure versus unexposed |
|---|---|---|
| Avella-Garcia 2016 | IQ | No significant association |
| Liew 2016 | IQ | Mean -3.4 points in absence of maternal fever |
| Streissguth 1987 | IQ | No significant association (aspirin associated with lower IQ) |

→**Mean –4.3 points with fever and no APAP use**

**Attention problems**

| Study | Outcome | Finding for prenatal APAP exposure versus unexposed |
|---|---|---|
| Avella-Garcia 2016 | ADHD symptoms | Increased risk |
| | Continuous performance task | Increased errors |
| Liew 2014 | Diagnosis of Hyperkinetic Disorder | Increased risk (HR 1.4, 95% CI 1.2-1.6) |
| | Use of ADHD drugs | Increased risk (HR 1.3, 95% CI 1.2-1.4) |

---

[9] From OSE/DEPI review, by A. Mosholder, MD, MPH, dated October 14, 2016 (DARRTS Ref ID 3999031)

6

FDACDER000054

AA-5495

| Stergiakouli 2016 | SDQ hyperactivity score 7+ | Increased risk (HR 1.2, 95% CI 1.0-1.4) |
| Streissguth 1987 | Video vigilance task | No association (aspirin exposure associated with more errors) |
| Thompson 2014 | Conners scale | Elevated subscales, but not elevated overall ADHD index |

**Motor development**

| Study | Outcome | Finding for prenatal APAP exposure versus unexposed |
| --- | --- | --- |
| Avella-Garcia 2016 | Bayley aged 15 mos. and McCarthy aged 5 yrs. | No associations |
| Brandlistuen 2013 | Motor milestones age 3 | Significantly more psychomotor problems |
| Vlenterie 2016 | Walking at 18 months | Delayed |

**Autistic behaviors**

| Study | Outcome | Finding for prenatal APAP exposure versus unexposed |
| --- | --- | --- |
| Avella-Garcia 2016 | Childhood Autism Spectrum Test | In males, dose-related increase in reported autistic signs/symptoms; in females fewer symptoms |
| Zerbo 2013 | Case-control study of autistic spectrum disorders | Maternal fever associated with autistic spectrum disorders, antipyretic use attenuated association |

**General behavioral problems**

| Study | Outcome | Finding for prenatal APAP exposure versus unexposed |
| --- | --- | --- |
| Brandlistuen 2013 | Child Behavior Checklist age 3 | Increased behavior problems |
| Liew 2014 | Strengths and Difficulties Questionnaire age 7 | Increased risk of high "Total Difficulties" score |
| Stergiakouli 2016 | Strengths and Difficulties Questionnaire age 7 | Increased risk of high "Total Difficulties" score (later pregnancy exposure) |
| Thompson 2014 | Strengths and Difficulties Questionnaire ages 7, 11 | Increased scores |

7

AA-5496

FDACDER000055

-------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-------------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

TAMARA N JOHNSON
04/07/2017

LYNNE P YAO
04/17/2017

FDACDER000056