# EXHIBIT G-19

Filed 11/6/2025 11:52 AM
Lindsey Smith, District Clerk
Panola County, Texas
By: April Ham,
Deputy Clerk
2025-348

## CAUSE NO. 2025-348

| | |
|---|---|
| THE STATE OF TEXAS,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON et al.,<br><br>Defendants. | IN THE DISTRICT COURT<br><br>123rd JUDICIAL DISTRICT<br><br>PANOLA COUNTY, TEXAS |

### AFFIDAVIT OF SERVICE

I, _Frank Pritchett_, do hereby declare the following.

1.      I am over the age of 18 years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this affidavit.

2.      On November 5, 2025, I served a copy of: pro hac vice motions for John Masslon, Roseann Romano, John J. Snidow, and Ashley Keller, orders granting those four pro hac vice motions, Emily Freeborn's notice of appearance, and the Sworn Motion for Temporary Restraining Order and Temporary Injunction on defendant Kenvue, Inc. at the Corporate Trust Company, 1209 Orange St. Wilmington, DE 19801.

I hereby swear under penalty of perjury under the laws of the States of Delaware and Texas that the foregoing is true and accurate.

_____

Signed and sworn before me this 6th day of November, 2025, in the State of Delaware.

_____
Notary Public

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2028

1

Copy from re:SearchTX

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Marla Bernal on behalf of Lauren Schultz
Bar No. 24071496
marla.bernal@kellerpostman.com
Envelope ID: 107744827
Filing Code Description: Affidavit *
Filing Description: Affidavit of Service - Kenvue Brands LLC (motions for pro hac vice admission)
Status as of 11/6/2025 12:50 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kelley Owens | | kelley.owens@oag.texas.gov | 11/6/2025 11:52:30 AM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 11/6/2025 11:52:30 AM | SENT |
| Steva Christian | | steva.christian@oag.texas.gov | 11/6/2025 11:52:30 AM | SENT |
| Emily Freeborn | | emily.freeborn@oag.texas.gov | 11/6/2025 11:52:30 AM | SENT |
| Jerry Bergman | | jerry.bergman@oag.texas.gov | 11/6/2025 11:52:30 AM | SENT |
| Sue Jennings | | sue.jennings@oag.texas.gov | 11/6/2025 11:52:30 AM | SENT |

Copy from re:SearchTX