**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| THE STATE OF TEXAS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON, KENVUE INC., KENVUE BRANDS, LLC (F/K/A JOHNSON & JOHNSON CONSUMER INC.),<br><br>　　　　　Defendants. | Cause No. 6:25-cv-00442 |

## NOTICE OF FILING

Defendants Johnson & Johnson, Kenvue Inc., and Kenvue Brands LLC, by and through their undersigned counsel, file a copy of the Notice of Potential Tag-Along Actions and Amended Certificate of Service filed in the case of *In re: Acetaminophen – ASD/ADHD Products Liability Litigation* before the Judicial Panel of Multidistrict Litigation, Case No. MDL No. 3043.

| | |
|---|---|
| Dated: Austin, TX<br>　　　　November 7, 2025 | Respectfully submitted,<br><br>**KIRKLAND & ELLIS, LLP**<br><br>/s/ *Kim Bueno*<br>Kim Bueno, P.C.<br>State Bar No. 24065345<br>401 W. 4th Street<br>Austin, TX 78701<br>Tel: (512) 678-9100<br>Email: kim.bueno@kirkland.com<br><br>*Counsel for the Defendants* |