# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| The State of Texas, <br><br> Plaintiff, <br><br> v. <br><br> Johnson & Johnson et al., <br><br> Defendants. | Case No. 6:25-cv-00442-JCB <br><br> Hon. J. Campbell Barker |

## NOTICE OF APPEAL

The State of Texas hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's November 8, 2025 order (Dkt. No. 19) denying the State's request for payment of just costs and actual expenses, including attorney fees, incurred as a result of the removal.

Dated: November 17, 2025.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

Respectfully submitted,

**JOHNATHAN STONE**
Chief, Consumer Protection Division
Texas State Bar No. 24071779

**JERRY BERGMAN**
Deputy Chief, Consumer Protection Division
Texas State Bar No. 24081694

**KELLY OWENS**
Assistant Attorney General
Texas State Bar No. 24118105

Consumer Protection Division
Office of the Texas Attorney General
P.O. Box 12548
Austin, Texas 78711
Telephone: (512) 463-2185
Fax: (512) 473-8301
Johnathan.Stone@oag.texas.gov
Jerry.Bergman@oag.texas.gov
Kelley.Owens@oag.texas.gov

*/s/ John M. Masslon II*
John M. Masslon II (DC Bar No. 1631595)
Roseann R. Romano (DC Bar No. 1034895)
Keller Postman LLC
1101 Connecticut Ave. NW
Suite 1100
Washington, DC 20036
Telephone: (202) 918-1123
jj.snidow@kellerpostman.com
john.masslon@kellerpostman.com
roseann.romano@kellerpostman.com

Lauren E. Schultz (TX Bar No. 24071496)
Keller Postman LLC
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (312) 896-4516
lauren.schultz@kellerpostman.com

Ashley C. Keller (IL Bar No. 6300171)
Keller Postman LLC
150 N. Riverside Plaza
Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
ack@kellerpostman.com

**Counsel for Plaintiff**

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2025, the foregoing document was served on all counsel of record via CM/ECF.

                                                  */s/ John M. Masslon II*
                                                  John M. Masslon II